IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS MALDONADO VAILLANT and VICKY RODRÍGUEZ TORRES<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF EUROBANK, INC.<br><br>　　　Defendants | CIVIL ACTION NO.   10-1700 (JAG)<br><br>RE:<br><br>ALLEGED WRONGFUL DISCHARGE, DISCRIMINATION AND TORTS |

## MOTION SUBMITTING CERTIFIED TRANSLATIONS

**TO THE HONORABLE COURT:**

　　　Comes now defendant, Federal Deposit Insurance Corporation, ("FDIC"), as Receiver of EUROBANK, INC., through its undersigned attorneys, and very respectfully states and prays:

　　　1.　　On July 22, 2010, FDIC filed a Notice of Removal before this Court to remove Civil Case No. KPE 2008-0872 (808) from the San Juan Superior Court.  Attached to said Notice of Removal were all the documents in the legal file before the state court, which are in Spanish.

　　　2.　　In order to comply with the Local Civil Rules due to the voluminous amount of documents, the FDIC requested a sixty (60) day extension of time until September 20, 2010 to submit the certified translations of such exhibits in the English language.

　　　3.　　 On this date we are submitting the certified translations of the documents.

　　　**WHEREFORE**, the FDIC respectfully requests from the Court that it take notice of the above and deem that the FDIC timely complied with submitting the certified translations of the exhibits attached to its Notice of Removal.

**RESPECTFULLY SUBMITTED**.

**CERTIFICATION:** I hereby certify that on September 16, 2010, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following Rubén T. Nigaglini, Esq., PO Box 195384, San Juan, PR 00919-5384.

In San Juan, Puerto Rico, this 16th day of September, 2010.

s/Jaime L. Sanabria Montañéz
Jaime L. Sanabria Montañéz
USDC-PR No. 225307

**FIDDLER, GONZALEZ & RODRIGUEZ, PSC**
P.O. Box 363507
San Juan, PR  00936-3507
Tel. (787) 759-3102/Fax: (787) 753-4237
jsanabria@fgrlaw.com

#813842
2859-025