IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS MALDONADO VAILLANT and VICKY RODRÍGUEZ TORRES<br><br>   Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF EUROBANK, INC.<br><br>   Defendants | CIVIL ACTION NO.  10-1700 (JAG)<br><br>RE:<br><br>ALLEGED WRONGFUL DISCHARGE, DISCRIMINATION AND TORTS |

STATUS REPORT

**TO THE HONORABLE COURT:**

Comes now defendant, Federal Deposit Insurance Corporation, ("FDIC"), as Receiver of EUROBANK, INC., through its undersigned attorneys, and very respectfully states and prays:

1. The Court ordered the parties to file a "status report regarding the state of the proceedings as of the date the case was removed" on or before October 22, 2010. **See Docket No. 11**. Through the instant motion, the FDIC complies with the Court's order.

2. As the Court is aware, the FDIC receivership is permitted to consider an administrative claim for 180 days, following the statutory notice to creditors. 12 U.S.C. § 1821(d)3-(13).

3. Plaintiff, Luis R. Maldonado-Vaillant, received written notice of the claims procedure on July 14, 2010. As of yet, the FDIC receiver has never received a proof of claim from the Plaintiff. The date from which all subsequent claims are barred is August 4, 2010.

<u>Luis Maldonado-Vaillant v. FDIC</u>, Civil No. 10-1700(JAG)
Motion in Compliance with Court's Order

    4.    The 180 day period within which the FDIC receivership must complete evaluating Plaintiff's claim ends January 10, 2011.

    5.    As soon as the FDIC receivership has completed evaluating its files on this matter, we will file a motion to dismiss.

**WHEREFORE**, the FDIC respectfully requests from the Court that it take notice of the above and deem that the FDIC timely complied with its Order.

**RESPECTFULLY SUBMITTED**.

**CERTIFICATION:**  I hereby certify that on October 21, 2010, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following Rubén T. Nigaglini, Esq., PO Box 195384, San Juan, PR 00919-5384.

In San Juan, Puerto Rico, this 21st day of October, 2010.

        s/Jaime L. Sanabria Montañéz
        Jaime L. Sanabria Montañéz
        USDC-PR No. 225307

        **FIDDLER, GONZALEZ & RODRIGUEZ, PSC**
        P.O. Box 363507
        San Juan, PR  00936-3507
        Tel. (787) 759-3102/Fax: (787) 753-4237
        jsanabria@fgrlaw.com

#817413
2859-025