# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS MALDONADO VAILLANT and VICKY RODRÍGUEZ TORRES, | CIVIL NO. 10-1700(JAG) |
| Plaintiffs, | |
| v. | RE: |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of EUROBANK, INC. | ALLEGED WRONGFUL DISCHARGE, DISCRIMINATION AND TORTS |
| Defendant | |

## NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER

TO THE HONORABLE COURT:

COME NOW plaintiffs through the undersigned attorney, and very respectfully state and pray as follows:

1. Pursuant to Federal Rule of Civil Procedure 84.4(a), the herein appearing parties hereby notify that they have retained the legal services of the undersigned counsel with regard to all matters and proceedings in the above-captioned case.

2. The court ordered the parties to file a "status report regarding the state of the proceedings as of the date the case was removed" by October 22, 2010 (Docket No. 11).

2. On account of extraordinary family circumstances which have required the undersigned's personal attention and the need to travel outside the jurisdiction, it does not appear at this time that the status report will be ready on the due date.

3. On the basis of the aforestated, an extension until Wednesday, October 27, 2010 is requested to file plaintiffs' status report.

WHEREFORE, plaintiffs request that this Honorable Court take notice of the appearance of the undersigned counsel and that the time to file plaintiff's status report be extended until October 27, 2010.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of October, 2010.

The undersigned hereby certify that on October 21, 2010 the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve electronic notice on all counsel of record.

*s/Rubén T. Nigaglioni*
Rubén T. Nigaglioni
USDC PR No. 119901

**NIGAGLIONI + FERRAIUOLI**
Law Offices PSC
Attorneys for Plaintiffs
P. O. Box 195384
San Juan, Puerto Rico 00919-5384
Telephone: (787)765-9966
Telefax: (787)751-2520
notices@nf-legal.com