# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS MALDONADO VAILLANT and VICKY RODRÍGUEZ TORRES, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of EUROBANK, INC. <br><br> Defendant | CIVIL NO. 10-1700(JAG) <br><br><br> RE: <br><br> ALLEGED WRONGFUL DISCHARGE, DISCRIMINATION AND TORTS |

## STATUS REPORT

TO THE HONORABLE JAY A. GARCÍA GREGROY
UNITED STATES DISTRICT JUDGE:

  COME NOW plaintiffs through the undersigned attorney, and very respectfully state and pray as follows:

  1. This report is filed by the plaintiffs in response to the court's directive (Docket No. 11).

  2. FDIC alleged that it never received a Proof of Claim from plaintiffs. Said allegation is false.

  3. A timely Proof of Claim was filed by the time the case was removed to this Court.

  4. The above, notwithstanding, on September 17, 2010, plaintiffs' claim was improperly disallowed by the FDIC as being "untimely". Attached hereto is the FDIC's Notice of Allowance of Claim.

  WHEREFORE, it is respectfully requested that notice be taken of plaintiffs' compliance with the court's directive of filing a status report.

  RESPECTFULLY SUBMITTED.

  In San Juan, Puerto Rico, on October 29, 2010.

The undersigned hereby certify that on October 29, 2010 the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve electronic notice on all counsel of record.

*s/Rubén T. Nigaglioni*
Rubén T. Nigaglioni
USDC PR No. 119901
**NIGAGLIONI + FERRAIUOLI**
Law Offices PSC
Attorneys for Plaintiffs
P. O. Box 195384
San Juan, Puerto Rico 00919-5384
Telephone: (787)765-9966
Telefax: (787)751-2520
notices@nf-legal.com