# FDIC

**Federal Deposit Insurance Corporation**

7777 Baymeadows Way West, Jacksonville FL 32256        Division of Resolutions and Receiverships

---

CERTIFIED MAIL # 7010 1060 0002 4552 1150
RETURN RECEIPT REQUESTED

SEPTEMBER 17, 2010

RUBEN T NIGAGLIONI
PO BOX 195384
SAN JUAN, PR 00919

SUBJECT:      10229- EUROBANK
MAYAGUEZ, PUERTO RICO – IN RECEIVERSHIP
**NOTICE OF DISALLOWANCE OF CLAIM**

Dear Claimant:

    As you are aware, on April 30, 2010, **EUROBANK** as closed by the Office of the Commissioner of Financial Institutions of the Commonwealth of Puerto Rico and the Federal Deposit Insurance Corporation (FDIC) was appointed Receiver.

    By published notice, the Receiver established August 4, 2010, as the last date for filing claims (the "Bar Date"). Under applicable law, the Receiver must disallow claims which are not filed by the bar date.

    While the Receiver has received your Proof of Claim after the specified bar date, it was not received on or before the bar date. Accordingly, your claim is automatically DISALLOWED as untimely filed. Such determination is final (12 U.S.C. 1821(d)(5)(C)(i), and your failure to timely file a claim by the bar date precludes any further proceedings, rights or remedies on your claim

    The statutory provisions governing this claims process are found in section 1821(d)(3)-(13) of Title 12 of the United States Code.

Sincerely,

Creditor Claims Agent
Claims Department

'10 SEP 24 PM 11:43